

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

LUIS ADROVER LAGARES

CRIMINAL NO. 1:17cr80LG-RHW

18 U.S.C. § 2197

**The Grand Jury charges:**

On or about February 13, 2017, in Jackson County in the Southern Division of the Southern District of Mississippi, the defendant, **LUIS ADROVER LAGARES**, did knowingly and willfully use and exhibit a United States Coast Guard Merchant Marine Chief Engineer license without being lawfully entitled thereto, in that the defendant used and exhibited a United States Coast Guard Merchant Marine Chief Engineer license he knew had been erroneously issued to him and did so in applying for employment as a Chief Engineer in Moss Point, Mississippi, in violation of Section 2197, Title 18, United States Code.

HAROLD H. BRITTAIN
Acting United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___8___ day of August 2017.

UNITED STATES MAGISTRATE JUDGE